**DISMISS and Opinion Filed February 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00136-CR
No. 05-20-00137-CR
No. 05-20-00138-CR
No. 05-20-00139-CR
No. 05-20-00140-CR
No. 05-20-00141-CR

**KRISTOPHER DAVID CORNELLIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F07-34644-L, F07-34645-L, F07-34646-L, F07-346447L,
F07-34648-L & F07-34649-L**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Evans

On November 7, 2019, Kristopher David Cornellier filed his pro se notice of appeal in these cases. The February 3, 2020 clerk's records show that in each case, appellant entered into a plea bargain agreement with the State. Under the terms of the plea bargains, he pleaded guilty to each offense and waived his right to appeal in exchange for the State's recommendation of a forty-year sentence. In each case, the trial court followed the plea bargain agreement, found appellant guilty, assessed punishment at forty years in prison, and certified that appellant had waived his right to appeal. The judgments were signed July 3, 2008.

A timely filed notice of appeal is required to invoke this Court's jurisdiction. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely filed notice of appeal, we have no option other than to dismiss the appeal. *Id.* A defendant perfects an appeal by filing with the trial court clerk, within thirty days after the date sentence was imposed, or within ninety days after sentencing if the defendant timely filed a motion for new trial, a written notice of appeal showing his desire to appeal. *See* TEX. R. APP. P. 25.2(b), (c), 26.2(a).

The trial court entered the judgments on July 3, 2008; absent timely filed motions for new trial, any notice of appeal was due on August 4, 2008. *See* TEX. R. APP. P. 4.1, 26.2(a). Because appellant's pro se notice of appeal was untimely filed on November 7, 2019, we lack jurisdiction over these appeals.

We further note that the clerk's records show appellant entered into plea bargains with the State in which he agreed to waive his right to appeal. The trial court's certifications of appellant's right to appeal state these are plea bargain cases and appellant waived his right to appeal. When an appellant waives his right to appeal as part of his plea bargain agreement with the State, a subsequent notice of appeal filed by him fails to "initiate the appellate process," thereby depriving this Court of jurisdiction over the appeal. *Lundgren v. State*, 434 S.W.3d 594, 599, 600 (Tex. Crim. App. 2014).

We dismiss these appeals for want of jurisdiction.


/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200136F.U05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KRISTOPHER DAVID CORNELLIER, Appellant

No. 05-20-00136-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F07-34644-L.
Opinion delivered by Justice Evans, Justices Partida-Kipness and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered February 21, 2020



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KRISTOPHER DAVID CORNELLIER,
Appellant

No. 05-20-00137-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F07-34645-L.
Opinion delivered by Justice Evans,
Justices Partida-Kipness and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered February 21, 2020



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KRISTOPHER DAVID CORNELLIER,
Appellant

No. 05-20-00138-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F07-34646-L.
Opinion delivered by Justice Evans,
Justices Partida-Kipness and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.


Judgment entered February 21, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KRISTOPHER DAVID CORNELLIER,
Appellant

No. 05-20-00139-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F07-34647-L.
Opinion delivered by Justice Evans,
Justices Partida-Kipness and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered February 21, 2020



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KRISTOPHER DAVID CORNELLIER,
Appellant

No. 05-20-00140-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F07-34648-L.
Opinion delivered by Justice Evans,
Justices Partida-Kipness and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered February 21, 2020



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KRISTOPHER DAVID CORNELLIER,
Appellant

No. 05-20-00141-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F07-34649-L.
Opinion delivered by Justice Evans,
Justices Partida-Kipness and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered February 21, 2020